

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Elizabeth Hollier, Appellant

No. 06-13-00105-CV          v.

Ernest Sidney White, Appellee

Appeal from the 62nd District Court of Lamar County, Texas (Tr. Ct. No. 79061). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, Elizabeth Hollier, pay all costs of this appeal.

RENDERED DECEMBER 3, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk